IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NATHAN VOSSLER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 3:10-0834 |
| v. ) | JUDGE HAYNES |
| ) | |
| NORMAN LEWIS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon review of the file, the Clerk of Court mailed copies of the Order in this action to Plaintiff Nathan Vossler on September 3, 2010 (Docket Entry Nos. 9 and 12 ). The copies of the Order were returned to the Court as "Not at This Address." (Docket Entry Nos. 15 and 16).

Under Fed. R. Civ. P. 5(b), service is effective upon mailing to the party's last known address. It is a party's responsibility to inform the Court of his address so as to enable the Court to inform all parties of matters arising in the litigation. Downs v. Pyburn, No. 3:87-0471 (M.D. Tenn. Order filed September 4, 1987). Plaintiff has failed to inform the Court of his new address, and the Court is unable to conduct the necessary proceedings in this action.

Therefore, this action is **DISMISSED** without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for Plaintiff's failure to prosecute.

It is so **ORDERED**.

ENTERED this the 22nd day of September, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge